[No. 33002-8-III. Division Three. July 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SOPHEAP CHITH, *Appellant*.

 *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 70704-3-I. Division One. July 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMIAN MACINTOSH WILHELM, *Appellant*.

 *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.

[No. 70760-4-I. Division One. July 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. AVRUM TSIMERMAN, *Appellant*.

 *Affirmed* by unpublished per curiam opinion.

[No. 71290-0-I. Division One. July 13, 2015.]

*In the Matter of the Detention of* P.K.

 *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Lau, JJ. Now published at 189 Wn. App. 317.